UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

:JEFFREY-MERRITT :WILSON,

    Plaintiff,

v.

NBS DEFAULT SERVICES, LLC,

    Defendant.

Case No. 16-cv-06253-BLF

**ORDER DENYING MANDATORY JUDICIALLY NOTICED EVIDENCE**

[Re: ECF 14]

On November 30, 2016, Plaintiff : Jeffrey-Merritt : Wilson filed a "Notice of International Commercial Claim Administrative Remedy" ("Notice"). ECF 14. From what the Court can decipher, Wilson appears to be requesting that the Court take judicial notice of this document, which the Court declines to do for two reasons: First, Wilson filed the Notice without an underlying motion. Second, the document does not appear to be of the type subject to judicial notice, particularly because the Court is unaware of its origins. Fed. R. Evid. 201(b) (courts may take judicial notice of facts that are "not subject to reasonable dispute"); *see, e.g.*, *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (taking judicial notice of documents on which complaints necessarily rely); *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (taking judicial notice of publicly available financial documents such as SEC filings).

Further, the Court finds that the document submitted has no force or effect. Accordingly, the Court DENIES Wilson's request.

**IT IS SO ORDERED.**

Dated: December 2, 2016

_____
BETH LABSON FREEMAN
United States District Judge