**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| :JEFFREY-MERRITT : WILSON,<br><br>Plaintiff,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC,<br><br>Defendant. | Case No. 16-cv-06253-BLF<br><br>**ORDER DENYING JUDICIAL NOTICES**<br><br>[Re: ECF 17, 18, 19, 20] |

On December 30, 2016, Plaintiff filed the following four documents: (1) Mandatory Judicial Notice Entry on the Record of Default of Claim Administrative Remedy, ECF 17; (2) Judicial Notice Entry on the Record of Default of Claim Administrative Remedy, ECF 18; (3) Judicial Notice "Affidavit of Truth" Re: Habeas Corpus, ECF 19; and (4) Judicial Notice of Appointment of Fiduciary, ECF 20.

Plaintiff previously filed a document similar to (1)–(3), above, *see* ECF 14, which the Court denied because there was no underlying motion and because the document did not appear to be of the type subject to judicial notice because the Court was unaware of its origins. *See* Order Denying Mandatory Judicially Noticed Evidence, ECF 15; *see also* Fed. R. Evid. 201(b) (courts may take judicial notice of facts that are "not subject to reasonable dispute"); *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (taking judicial notice of documents on which complaints necessarily rely); *Metzler Inv. GMBG v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (taking judicial notice of publicly available financial documents such as SEC filings). The Court now DENIES (1)–(3), above, for the same reasons. Moreover, as stated in the Court's previous order, these documents have no force or effect.

The Court also DENIES Plaintiff's Judicial Notice of Appointment of Fiduciary in which

1  he "nominate[s] and [ ] appoint[s] Beth Labson Freeman / BETH LABSON FREEMAN, a Judge
2  or successor Judge as being qualified to fulfill the position of the public 'Fiduciary/Trustee' for the
3  corporate entity described above in all-capital-letter assemblages = JEFFREY MERRITT
4  WILSON, TRUST[.]" *See* ECF 20.  There is no authority for taking this action, and it shall have
5  no force or effect.

6  **IT IS SO ORDERED.**

8  Dated: January 3, 2017

9  _____
10  BETH LABSON FREEMAN
   United States District Judge