UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| :JEFFREY-MERRITT : WILSON,<br><br>Plaintiff,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC,<br><br>Defendant. | Case No.  16-cv-06253-BLF<br><br>**ORDER DENYING SECOND NOTICE ENTRY OF MANDATORY JUDICIAL NOTICE ENTRY ON THE RECORD OF SELF-AUTHENTICATED EVIDENCE**<br><br>[Re:  ECF 25] |

On January 11, 2017, Plaintiff filed a "Second Notice Entry of Mandatory Judicial Notice Entry on the Record of Self-Authenticated Evidence by the Court Error or Mishandling in Violation of Rule 902: Evidence That is Self-Authenticating" ("Second Notice").  ECF 25. Specifically, Plaintiff requests the Court to take judicial notice of a Bankruptcy Court Petition in Case No. 15-52471 and a trustee's deed upon sale, allegedly recorded by Defendants.  *Id.* at 2. Although these documents are of the type subject to judicial notice under Fed. R. Evid. 201(b), Plaintiff filed the Second Notice unattached to an underlying motion or other request for relief. Accordingly, the Court DENIES Wilson's request.

**IT IS SO ORDERED.**

Dated: January 18, 2017

_____
BETH LABSON FREEMAN
United States District Judge